ORDER
 

 The attached order, filed on January 29, 1998, is designated as an order for publication.
 

 ORDER
 

 Monumental Life, the creditor in this bankruptcy appeal, has informed us that the property at issue in this appeal has been sold to a third party and that its lien has essentially been paid, thereby mooting the appeal. We therefore dismiss the appeal and grant Monumental’s motion to vacate the Bankruptcy Appellate Panel and bankruptcy court opinions pursuant to
 
 United States v. Munsingwear,
 
 340 U.S. 36, 39-40, 71 S.Ct. 104, 106-07, 95 L.Ed. 36 (1950).
 

 APPEAL DISMISSED AND OPINIONS VACATED.